# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**JUDGMENT RENDERED APRIL 5, 2024**

---

**NO. 03-24-00180-CV**

---

**Cesar Diaz-Frances, Appellant**

**v.**

**115 Blanco LLC, Appellee**

---

**APPEAL FROM JUSTICE COURT, PRECINCT 4 OF BLANCO COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the judgment signed by the trial court on July 24, 2023. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.